## THOMAS LOWBER'S ADMINISTRATOR v. WILLIAM RUSSOM.

Court of Common Pleas.  Kent.  May, 1815.

*Clayton's Notebook, 45.*

In this case it was resolved by THE COURT:

1. That it is no part of the duty of a recorder to record a warrant of attorney relating to personal estate; and that although that officer may have recorded it, yet such record is not admissible as evidence.

2. That the dockets, from which it appeared that a judgment had been assigned by an attorney in fact in vacation before the clerk, might be laid before the jury to prove the assignment of

the judgment, although the warrant of attorney be not produced or proved in any manner—not, however, as conclusive evidence of the fact.

NOTE. *Ridgely* said the record of an alienation bond had been determined to be admissible as good proof of the bond; which was not denied by the bar or bench.